UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEFENDERS OF WILDLIFE**, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>**CHRIS OLIVER**, *Assistant Administrator for National Oceanic and Atmospheric Administration Fisheries, et al.*,<br><br>  Defendants. | Case No. 1:19-cv-02299 (TNM) |

## ORDER FOR INITIAL SCHEDULING CONFERENCE

To further the just, speedy, and economical management of this action, an Initial Scheduling Conference is hereby set for **November 25, 2019** at **10:00 a.m.** in Courtroom 2.

Counsel are required to fully comply with Federal Rule of Civil Procedure 26(f) and Local Civil Rule ("LCvR") 16.3(c).  To that end, counsel shall meet and confer as soon as practicable, and at least twenty-one (21) days prior to the Initial Scheduling Conference (unless the Initial Scheduling Conference is scheduled for a date fewer than twenty-one (21) days after this Order, in which case counsel must meet and confer as soon as practicable).  Counsel must discuss each of the matters set forth in LCvR 16.3(c).  In considering what form of alternative dispute resolution the parties think the case is most suited to, counsel are reminded that among their options are mediation, arbitration, early neutral evaluation, summary jury trial, or any other form of alternative dispute resolution which can be tailored to the needs of their case.

Counsel shall submit their Joint Statement addressing all topics listed in LCvR 16.3(c) no later than fourteen (14) days following their meet and confer, or seventy-two (72) hours prior to the Initial Scheduling Conference, whichever is earlier in time.  *See* Fed. R. Civ. P. 26(f)(2); LCvR 16.3(d).  Counsel are also directed to include in their Joint Statement, or in a supplemental pleading to be filed no later than seventy-two (72) hours prior to the Initial Scheduling Conference, a brief statement of the case and the statutory basis for all causes of action and defenses.

Counsel are reminded to comply with the directives in this Court's Standing Order, including the provisions regarding communications with the Court, appearances at hearings, and motions for re-scheduling.

/s/
TREVOR N. MCFADDEN, U.S.D.J.